1  STEFANI E. SHANBERG, State Bar No. 206717
   Email: sshanberg@wsgr.com
2  ROBIN L. BREWER, State Bar No. 253686
   Email: rbrewer@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
7  Attorneys for Defendant
   SUPERFISH, INC.
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                       **SAN FRANCISCO DIVISION**

12

13  LIKE.COM, a California corporation,      )   CASE NO.: 09-CV-5805-MEJ
                                              )
14              Plaintiff,                    )   **NOTICE OF APPEARANCE AND**
                                              )   **SUBSTITUTION OF COUNSEL FOR**
15       v.                                   )   **DEFENDANT SUPERFISH, INC.**
                                              )
16  SUPERFISH, INC., a Delaware corporation   )
                                              )
17              Defendant.                    )
                                              )
18                                            )

NOTICE OF APPEARANCE AND SUBSTITUTION OF
COUNSEL
CASE NO. 09-CV-5805-MEJ

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Superfish, Inc. hereby substitutes Stefani E. Shanberg, email sshanberg@wsgr.com and Robin L. Brewer, email rbrewer@wsgr.com, of WILSON SONSINI GOODRICH & ROSATI, Professional Corporation, 650 Page Mill Road, Palo Alto, CA 94304, Telephone: (650) 493-9300, Facsimile: (650) 565-5100, in place of Kenneth Wilson, Esq., of Carr & Ferrell, LLP, 2200 Geng Road, Palo Alto, CA 94303, as its attorneys of record in the above-captioned action.

### SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution.

Dated:  January 20, 2010          Superfish, Inc.

                                  By: _____
                                         Shaul Gal-Oz, CEO

Dated:  January 20, 2010          WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

                                  By:  _____/s/ Stefani E. Shanberg_____
                                              Stefani E. Shanberg

                                  Attorneys for Defendant
                                  SUPERFISH, INC.

Dated:  January 20, 2010          CARR & FERRELL, LLP

                                  By:  _____/s/ Kenneth Wilson_____
                                              Kenneth Wilson

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL             - 1 -
CASE NO. 09-CV-5805-MEJ

**ATTESTATION CLAUSE**

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Kenneth Wilson of Carr & Ferrell, LLP has concurred in this filling

Dated: January 20, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Stefani E. Shanberg
      Stefani E. Shanberg

Attorneys for Defendant
SUPERFISH, INC.