STEPHEN J. AKERLEY (S.B. # 160757) sakerley@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone (650) 473-2600
Facsimile (650) 473-2601

MICHAEL SAPOZNIKOW (S.B. #242640) msapoznikow@omm.com
JILLIAN R. WEADER (S.B. #251311) jweader@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111
Telephone (415) 984-8700
Facsimile (415) 984-8701

Attorneys for Plaintiff
LIKE.COM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIKE.COM, a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>SUPERFISH, INC., a Delaware corporation,<br><br>              Defendant.<br><br>SUPERFISH, INC., a Delaware corporation,<br><br>              Counterclaimant,<br><br>       v.<br><br>LIKE.COM, a California corporation,<br><br>              Counterclaim-<br>              defendant. | Case No. 4:09-cv-5805-SBA<br><br>**REPLY TO COUNTERCLAIM FOR DECLARATORY JUDGMENT BY SUPERFISH, INC.** |

REPLY TO COUNTERCLAIM
4:09-cv-5805-SBA

1  Plaintiff Like.com responds to the counterclaim of defendant Superfish, Inc. ("Superfish")
2  as follows:

3  **THE PARTIES**

4  22. On information and belief, Like.com admits the allegations in paragraph 22.

5  23. Admitted.

6  **JURISDICTION AND VENUE**

7  24. Admitted.

8  25. Admitted.

9  **INTRADISTRICT ASSIGNMENT**

10 26. Admitted.

11 **COUNTERCLAIM FOR DECLARATORY RELIEF**

12 **(DECLARATORY RELIEF REGARDING THE '610 PATENT)**

13 27. Like.com repeats and incorporates by reference herein its responses to the
14 paragraphs 22-26 as if fully set forth herein.

15 28. On information and belief, Like.com admits the allegations in paragraph 28.

16 29. Admitted.

17 30. Admitted.

18 31. Denied.

19 32. Denied.

20 33. Like.com admits a valid and justiciable controversy exists between Superfish and
21 Like.com.  Like.com denies the remainder of Paragraph 33, and specifically denies that
22 declaratory judgment is necessary and appropriate at this time.

23 **SUPERFISH'S PRAYER FOR RELIEF**

24 Like.com denies that Superfish is entitled to the requested relief identified in items (a)
25 through (e) of Superfish's Prayer for Relief.

26 Like.com denies that Superfish is entitled to any other relief.

27 **SUPPLEMENTAL PRAYER FOR RELIEF**

28 WHEREFORE, Plaintiff Like.com prays that the Court:

1. Award to Plaintiff the relief sought in the Complaint; and

2. Dismiss Superfish's Counterclaim in its entirety with prejudice or, in the alternative, declare that the claims of the '610 Patent are valid, enforceable, and infringed by Superfish; and

3. Award Plaintiff its fees and costs in defending against Superfish's Counterclaim, including reasonable attorney fees and interest; and

4. Grant such other and further relief as the Court deems proper and just.

Dated:   February 24, 2010

STEPHEN J. AKERLEY
MICHAEL SAPOZNIKOW
JILLIAN R. WEADER
O'MELVENY & MYERS LLP


By:   /s/ Stephen J. Akerley
          Stephen J. Akerley
Attorneys for Plaintiff
LIKE.COM