STEPHEN J. AKERLEY (S.B. # 160757) sakerley@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:  (650) 473-2600
Facsimile:  (650) 473-2601

JILLIAN R. WEADER (S.B. #251311) jweader@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Plaintiff/Counterclaim-defendant
LIKE.COM

DOUGLAS J. GILBERT douglasg@pczlaw.com
DAVID A. LOEWENSTEIN davidl@pczlaw.com
PEARL COHEN ZEDEK LATZER LLP
1500 Broadway, 12th Floor
New York, NY 10036
Telephone : (646) 878-0800
Facsimile : (646) 878-0801

ALLISON LANE COOPER (S.B. # 152384) acooper@kksrr.com
GARTH A. ROSENGREN (S.B. #215732) grosengren@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant/Counterclaim-plaintiff
SUPERFISH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIKE.COM, a California corporation, | Case No. 4:09-cv-5805-SBA |
| Plaintiff and Counterclaim-defendant, | **STATUS REPORT PURSUANT TO COURT'S JUNE 30, 2010 ORDER** |
| v. | Date:   N/A |
| SUPERFISH, INC., a Delaware corporation, | Time:   N/A |
| Defendant and Counterclaimant. | Judge:  Hon. Saundra B. Armstrong<br>Court:  Courtroom 1, 4th Floor |

Pursuant to the Court's Order entered June 30, 2010, granting Defendant Superfish, Inc.'s Motion to Stay Case Pending Inter Partes Reexamination, the parties hereby submit the following status report regarding the pending reexamination proceedings.

**1.     Background**

Like.com filed a Complaint alleging infringement by Superfish of United States Patent No. 7,542,610 ("the '610 Patent") entitled "System and Method for Use of Images with Recognition Analysis," issued to named inventors Salih Burak Gokturk, Munjal Shah, and Azhar Khan and assigned to Like.com.  Superfish answered the Complaint on February 3, 2010, and counterclaimed for a declaration by the Court that Superfish does not infringe the '610 Patent and that the '610 Patent is invalid.   Like.com responded to Superfish's Counterclaim on February 24, 2010.

**2.     Motion to Stay**

On February 2, 2010, Superfish filed a request for *inter partes* reexamination of the '610 Patent with the Patent and Trademark Office ("PTO").  On February 3, 2010, Superfish filed a Motion to Stay proceedings pending reexamination of the '610 Patent. Doc. No. 12.  On June 30, 2010, the Court granted Superfish's Motion to Stay.  The Court's June 30, 2010 Order instructs the parties to submit status reports every six months, apprising the Court of the status of the pending reexamination proceedings.  Doc. No. 39 p. 5.  The parties submit this status report in compliance with that Order.

**3.     Plaintiff's Change of Ownership**

Since the Court's June 30, 2010 Order staying the case, Google, Inc. acquired Plaintiff Like.com.  Like.com states that, as a result of this acquisition, Google, Inc. acquired all title and all interest in the '601 patent.  If and when this Court lifts the stay in the instant action, Google will move to file an Amended Complaint reflecting this change in ownership.

**4.     Appeal of Reexamination Decision**

During reexamination, the PTO issued an Action Closing Prosecution, rejecting Superfish's reexamination and confirming all 25 claims of the '610 Patent, on April 26, 2010. *See* Doc. No. 23 at p. 1.  On July 15, 2010, Superfish filed its Notice of Appeal of the PTO's

1    decision to the Board of Patent Appeals and Interferences ("BPAI").  On September 15, 2010,

2    Superfish filed its appeal brief. On October 15, 2010, Like.com/Google filed its responsive brief.

3    In addition, on the same date, Like.com/Google filed a petition to have Superfish's appeal brief to

4    be found to violate 37 C.F.R. § 41.67(c), on the basis that the appeal brief raised new grounds for

5    rejection of the '610 Patent on appeal (contrary to 37 C.F.R. § 41.67(c)(vi)), and because the

6    appeal brief failed to provide a concise explanation of the claims (contrary to 37 C.F.R. §

7    41.67(c)(v)).  On October 29, 2010, Superfish filed its opposition to this petition on the grounds

8    that Superfish's appeal brief is in compliance with 37 C.F.R. § 41.67(c)(v) & (vi). The parties

9    await a ruling by the Patent Office on the petition regarding the form of the appeal brief and by

10   the BPAI on the appeal itself.  Pursuant to the Court's June 30, 2010 Order, the parties will

11   provide the Court with another update within six months (Doc. No. 39. p.5, ¶ 3), or "upon the

12   final exhaustion of all pending reexamination proceedings, including any appeals" (Doc. No. 39,

13   p.5, ¶ 4), if earlier.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATUS UPDATE; C 09-05805 SBA

Dated:   December 29, 2010              STEPHEN J. AKERLEY
                                       JILLIAN R. WEADER
                                       O'MELVENY & MYERS LLP


                                       By:____/s/ Stephen J. Akerley_____
                                            Stephen J. Akerley

                                       Attorneys for Plaintiff


                                       DOUGLAS J. GILBERT
                                       DAVID A. LOEWENSTEIN
                                       PEARL COHEN ZEDEK LATZER LLP


                                       By:____/s/ Douglas J. Gilbert_____
                                            Douglas J. Gilbert

                                       Attorneys for Defendant


I, Jillian R. Weader, am the ECF User whose ID and password are being used to file this

Joint Status Report.  In compliance with General Order 45, X.B., I hereby attest that Stephen J.

Akerley and Douglas J. Gilbert have concurred in this filing.


                                       ____/s/ Jillian R. Weader_____
                                            Jillian R. Weader