LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
MICHAEL SAPOZNIKOW (S.B. #242640) msapoznikow@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff/Counterclaim-defendant
LIKE.COM

DAVID A. LOEWENSTEIN (*pro hac vice*) davidl@pczlaw.com
PEARL COHEN ZEDEK LATZER LLP
1500 Broadway, 12th Floor
New York, NY 10036
Telephone : (646) 878-0800
Facsimile : (646) 878-0801

Attorneys for Defendant/Counterclaim-plaintiff
SUPERFISH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIKE.COM, a California corporation,<br><br>   Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>SUPERFISH, INC., a Delaware corporation,<br><br>   Defendant and Counterclaimant. | Case No. 4:09-cv-5805-SBA<br><br>**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Saundra B. Armstrong<br>Court: Courtroom 1, 4th Floor |

1  The Plaintiff, Like.com, and Defendant, Superfish, Inc., hereby move pursuant to Fed. R. Civ. P. 41(a)(2) and (c) for an order dismissing this action with regard to all claims and counterclaims, in their entirety, WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 12, 2012

LUANN L. SIMMONS
MICHAEL SAPOZNIKOW
O'MELVENY & MYERS LLP


By: */s/ Luann L. Simmons*
      Luann L. Simmons

Attorneys for Plaintiff


DAVID A. LOEWENSTEIN
PEARL COHEN ZEDEK LATZER LLP


By: */s/ David A. Loewenstein*
      David A. Loewenstein

Attorneys for Defendant


SO ORDERED:


Date: 6/14/12

_Saundra B. Armstrong_
Saundra B. Armstrong, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISMISSAL; 09-05805 SBA

1 **FILER'S ATTESTATION**

2  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
3  penalty of perjury that concurrence in the filing of this document has been obtained from
4  David A. Loewenstein.

5  Dated:    June 12, 2012

6
7                                                              By:   */s/ Luann L. Simmons*
                                                                       Luann L. Simmons
8                                                              Attorneys for Plaintiff